**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Danny Antonio Granados Garcia
**Petitioner**

CIVIL ACTION
V.                                                              NO. 26cv11569-WGY

Antone Moniz et al
**Respondents**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

    In accordance with the Court's ELECTRONIC ORDER dated May 27, 2026, it is hereby ORDERED that this action is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

May 27, 2026